*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:  November 12, 2015                520763
_____

In the Matter of RICKY LAND,
                    Appellant,

        v
                                        MEMORANDUM AND ORDER

ALBERT PRACK, as Director of
    Special Housing and Inmate
    Disciplinary Programs,
                    Respondent.
_____


Calendar Date:   September 22, 2015

Before:   Lahtinen, J.P., Rose, Lynch and Clark, JJ.

                    _____


        Ricky Land, Auburn, appellant pro se.

        Eric T. Schneiderman, Attorney General, Albany (Marcus J.
Mastracco of counsel), for respondent.

                    _____


        Appeal from a judgment of the Supreme Court (McDonough,
J.), entered February 15, 2015 in Albany County, which dismissed
petitioner's application, in a proceeding pursuant to CPLR
article 78, to review a determination of the Commissioner of
Corrections and Community Supervision finding petitioner guilty
of violating a prison disciplinary rule.

        Judgment affirmed.  No opinion.

        Lahtinen, J.P., Rose, Lynch and Clark, JJ., concur.

ORDERED that the judgment is affirmed, without costs.


ENTER:

Robert D. Mayberger
Clerk of the Court